AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

KEITH DAVID HOUSTON,

      Petitioner,               JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: **3:16-cv-00485-MMD-VPC**

WILLIAM SANDIE, et al.,

      Respondents.


___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction. It is further ordered that a certificate of appealability is denied.

   October 6, 2016                    **LANCE S. WILSON**
                                       Clerk

                                /s/ D. R. Morgan
                                Deputy Clerk